# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRYSON HUSSER

VERSUS

PROGRESSIVE CASUALTY
INSURANCE COMPANY AND JAMES
A. GEOGHAGAN

NO.  2025 CW 0383

**JULY 28, 2025**

---

In Re:   James A. Geoghagan and Progressive Security Insurance
         Company, applying for supervisory writs, 19th Judicial
         District Court, Parish of East Baton Rouge, No. 750897.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

   **WRIT DENIED.**

                        **WIL**
                        **SMM**

   **Theriot, J.,** would not consider the writ and would request a
copy of the transcript of the pertinent hearing.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT